# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:24MJ 341
2310 North Centennial Street, Suite 102, High Point, )
North Carolina 27265 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 17, 2024____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Joi Elizabeth Peake____.
 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued:   9/3/2024 5:36 pm                    _____/s/ Joi Elizabeth Peake_____
                                                                                 *Judge's signature*

City and state:   Winston-Salem, North Carolina              Hon. Joi Elizabeth Peake
                                                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:24MJ 341 | Date and time warrant executed:<br>09/04/2024 ~ 9:36am | Copy of warrant and inventory left with:<br>Left at premises |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

See attached receipt.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/13/2024

_____
Executing officer's signature

David Yu, Special Agent - FBI
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 209A-CE-3960532

On (date): 9/4/24

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Dune Medical Supply

(Street Address): 2310 N. Centennial St, Suite 102

(City): High Pt, N.C.

Description of Item(s):
1. Apple computer Model A1419 S/n: D25MG0T2FBJC
2. Documents: medical + bank statements, financial documents + claim documents
3. Box containing knee and wrist braces
4. Box containing back brace
5. Box containing back brace
6. Box containing knee brace
7. Notes from boxes
8. Medical correspondence + bank documents, financial documents, claim checks
9. Notes from boxes
10. Panasonic telephone

Nothing to follow

Received By: (Signature) [signed]

Printed Name/Title: David Yu / Special Agent FBI

Received From: not available (Signature)

Printed Name/Title: _____